JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES ONLY TO:<br><br>*Mejia v. Ford Motor Co.*, Case No. 2:17-cv-06654-AB-FFM | Case No. 2:17-cv-06654-AB-FFM<br><br>Assigned to: Judge André Birotte, Jr.<br>Courtroom 7B<br><br>[~~PROPOSED~~] JUDGMENT |
|---|---|

The Court ENTERS JUDGMENT as follows:

WHEREAS on January 12, 2023 the jury returned a verdict in favor of plaintiff for $19,121.81 in actual damages and $38,243.62 in civil penalties.

WHEREAS there was no deduction or offset from, nor credit against, the amount of actual damages for the $6,100 plaintiff received for the 2013 Fiesta on December 7, 2015 when he traded it in.

WHEREAS the parties disagree about whether the trade-in amount should be credited against the actual damages and if so, whether the credit should be applied before the amount of the civil penalty is calculated.

WHEREAS the California Supreme Court has accepted for review the *Niedermeier v. FCA US LLC* (2020) 56 Cal.App.5th 1052 case ("*Niedermeier*"), Cal. Supreme Court No. S266034, that addresses the issue of trade-in credits. The

matter is fully briefed and a decision is expected in a few months.

WHEREAS the parties agree to the following judgment to ensure prompt payment of the judgment while also conserving resources by avoiding any need for an appeal or further briefing and Court intervention:

- The $19,121.81 of damages shall be reduced by $6,100 to a revised amount of $13,021.80 and will be paid in 30 days;
- The civil penalty shall be recalculated using the $13,021.80 of revised damages to $26,043.60 and will be paid in 30 days;
- Ford agrees to pay plaintiff the $6,100 in damages and the $12,200 of civil penalty damages if the *Niedermier* decision is reversed by the California Supreme Court or it holds that offsets for trade-ins or proceeds from the sale of a vehicle should not deducted from the amount of restitution that a consumer may otherwise be entitled to under the law within 30 days' notice of demand by plaintiff.
- If the *Niedermeier* case is affirmed by the California Supreme Court or it otherwise holds that offsets for vehicle trade-in or sale proceeds must be deducted from the amount of restitution that a consumer may otherwise be entitled to under the law in circumstances applicable to this case, no further damages amounts will be owed to plaintiff by Ford.
- If *Niedermeier* is resolved in a manner that is distinguishable to the circumstances of this case, then the parties agree that instead of the above, the parties will tender the decision to this Court.
- The Court shall retain jurisdiction to enforce the judgment.

**IT IS SO ORDERED.**

Dated: March 24, 2023

Honorable André Birotte Jr.
United States District Court Judge